IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANTHONY FABRIZIO                                                              PLAINTIFF

        v.                        Civil No. 11-5100

SHERIFF KEITH FERGUSON; MAJOR
GENE DRAKE; CAPTAIN HOLLY;
SGT. FINNEGAN; CPL. DEVORE;
DEPUTY DUNN; DEPUTY ELKINGTON;
DEPUTY HUBBARD; DEPUTY
LARA; and DEPUTY ROLAND                                                       DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Anthony Fabrizio has submitted for filing in this district a *pro se* civil rights action under 42 U.S.C. § 1983. The *in forma pauperis* (IFP) application submitted with the complaint was incomplete because Fabrizio failed to have the certification regarding inmate funds held in his name completed. For this reason, the Clerk was directed to mail him a blank prisoner IFP form and he was given until May 6, 2011, to submit a completed IFP form or pay the $350 filing fee. Plaintiff was advised that if he failed to return the completed IFP application or pay the $350 filing fee by May 6, 2011, the complaint would become subject to summary dismissal for failure to obey an order of the Court.

To date, the Court has not received a complete IFP form or the $350 filing fee. No request for an extension of time has been filed. Fabrizio has not communicated with the Court. I therefore recommend that this case be dismissed based on Fabrizio's failure to obey the order of the Court and his failure to prosecute this case. Fed. R. Civ. P. 41(b).

**Fabrizio has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. Fabrizio is**

**reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 11th day of May 2011.

/s/ *J. Marschewski*
 HON. JAMES R. MARSCHEWSKI
 CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)