```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

ANTHONY FABRIZIO                                              PLAINTIFF

        v.                Civil No. 11-5100

SHERIFF KEITH FERGUSON; MAJOR
GENE DRAKE; CAPTAIN HOLLY;
SGT. FINNEGAN; CPL. DEVORE;
DEPUTY DUNN; DEPUTY ELKINGTON;
DEPUTY HUBBARD; DEPUTY
LARA; and DEPUTY ROLAND                                      DEFENDANTS

## ORDER

Now on this 1ST day of June, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #4), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** (document #4) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that this case is **dismissed** on the basis of Plaintiff's failure to obey the order of the Court and Plaintiff's failure to prosecute his case.  Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

                                                  /s/ Jimm Larry Hendren
                                               JIMM LARRY HENDREN
                                               UNITED STATES DISTRICT JUDGE